## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

    DWAYNE SKIBBE

    DEBORAH D SKIBBE

      Debtors

Case No. 08-05739

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2008.

2) The plan was confirmed on 11/10/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/25/2009.

5) The case was dismissed on 05/14/2009.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $      70,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $19,820.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$19,820.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,394.67 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,050.45 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,445.12** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | NA | 631.54 | 631.54 | 0.00 | 0.00 |
| ACA RECOVERY INC | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT SOLUTIONS GROUP LLC | Unsecured | 3,300.00 | 4,090.65 | 4,090.65 | 0.00 | 0.00 |
| ACCTS RECEIVABLE TECHNOLOGIES | Unsecured | 602.00 | 1,038.62 | 4,038.62 | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 1,155.00 | 907.47 | 907.47 | 0.00 | 0.00 |
| ALLEN LEWIS & ASSOC | Unsecured | 505.00 | 909.00 | 909.00 | 0.00 | 0.00 |
| AMERI CASH LOANS | Unsecured | NA | 978.36 | 978.36 | 0.00 | 0.00 |
| AMERICAN | Unsecured | 390.00 | 576.37 | 576.37 | 0.00 | 0.00 |
| AMERICAN DEBT COLLECTION SOUR | Unsecured | 338.00 | 3,603.45 | 3,603.45 | 0.00 | 0.00 |
| APPLE TITLE LOANS | Unsecured | 994.14 | 451.73 | 451.73 | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 5,818.82 | 5,609.65 | 5,609.65 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 337.50 | 337.50 | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 3,319.77 | 724.24 | 724.24 | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 6,234.26 | 366.37 | 366.37 | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 5,644.07 | 12,895.00 | 12,895.00 | 0.00 | 0.00 |
| BAKER MILLER MARKOFF | Unsecured | 12,953.97 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,768.69 | 4,014.12 | 4,014.12 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 12,895.00 | 2,754.70 | 2,754.70 | 0.00 | 0.00 |
| BEST BUY/HRS | Unsecured | 1,863.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY/HRS | Unsecured | 3,141.78 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 907.47 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED RECOVERY | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN BANK USA | Unsecured | 5,463.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,030.33 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 5,844.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 4,684.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 9,896.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL | Secured | 500.00 | 500.00 | 500.00 | 453.40 | 1.71 |
| DIAMOND ACCEPTANCE | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 954.12 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 3,603.45 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 978.36 | NA | NA | 0.00 | 0.00 |
| EMCC | Unsecured | 1,874.07 | NA | NA | 0.00 | 0.00 |
| FLEET | Unsecured | 3,762.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 5,609.65 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 3,527.00 | NA | NA | 0.00 | 0.00 |
| HFC/BENEFICIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| HFC/BENEFICIAL | Secured | 10,878.00 | 10,877.05 | 10,877.05 | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP III | Secured | NA | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP III | Secured | 23,348.00 | 23,347.32 | 23,347.32 | 0.00 | 0.00 |
| HSBC | Unsecured | 15,642.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 436.22 | 3,449.84 | 3,449.84 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 30.00 | 656.10 | 656.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 539.00 | 7,468.22 | 7,468.22 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 30,701.00 | 30,700.34 | 30,700.34 | 8,582.08 | 353.21 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 4,919.56 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY STATES ATTORNEY | Unsecured | 4,500.00 | 4,563.12 | 4,563.12 | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Secured | 10,974.00 | 10,974.00 | 10,974.00 | 3,245.47 | 246.16 |
| MAGNUM CASH ADVANCE | Unsecured | 1,362.19 | NA | NA | 0.00 | 0.00 |
| MEA MEDICAL CARE CTRS LLC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDITOR ADJUSTERS | Unsecured | 390.00 | 954.12 | 954.12 | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,532.48 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,336.63 | NA | NA | 0.00 | 0.00 |
| ONE QUICK CASH | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PAYDAY ADVANCE | Unsecured | NA | 5,522.41 | 5,522.41 | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 215.99 | NA | NA | 0.00 | 0.00 |
| QUIK PAYDAY.COM | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CON OF WOODSTOC | Unsecured | 72.20 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES LP | Unsecured | 4,038.62 | 1,138.14 | 1,138.14 | 0.00 | 0.00 |
| SAFEWAY/DOMINICKS | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 23,000.00 | 23,000.00 | 23,000.00 | 4,103.82 | 389.03 |
| SANTANDER CONSUMER USA | Unsecured | NA | 257.26 | 257.26 | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 1,910.79 | NA | NA | 0.00 | 0.00 |
| SONIC PAYDAY | Unsecured | 1,065.84 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 224.78 | 3,319.77 | 3,319.77 | 0.00 | 0.00 |
| STERLING JEWELERS | Secured | NA | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 4,014.12 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 1,378.75 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 975.00 | 1,932.91 | 1,932.91 | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 640.00 | 6,234.26 | 6,234.26 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 4,090.65 | 1,863.52 | 1,863.52 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 5,522.41 | 2,097.83 | 2,097.83 | 0.00 | 0.00 |
| WOODFIELD ORTHOPEDICS & SPORT | Unsecured | 203.00 | 2,136.38 | 2,136.38 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $34,224.37 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,000.00 | $4,103.82 | $389.03 |
| All Other Secured | $42,174.34 | $12,280.95 | $601.08 |
| **TOTAL SECURED:** | **$99,398.71** | **$16,384.77** | **$990.11** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,449.84 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,449.84** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$81,032.81** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,445.12 |
| Disbursements to Creditors | $17,374.88 |
| **TOTAL DISBURSEMENTS** : | **$19,820.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/30/2009                    By: /s/ Glenn Stearns

                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)